IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA ANN SANCHEZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NEBRASKA STATE LOTTERY and IOWA STATE LOTTERY,<br><br>　　　　　　Defendants. | 8:20CV127<br><br>MEMORANDUM<br>AND ORDER |

　　　　This matter is before the court on its own motion. On April 3, 2020, the court granted Plaintiff leave to file an amended complaint on or before May 4, 2020. (Filing 6.) On April 27, 2020, the Memorandum and Order was returned to the court as undeliverable. (Filings 7-9.) Plaintiff has an obligation to keep the court informed of her current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

　　　　IT IS THEREFORE ORDERED that: Plaintiff shall have 20 days from the date of this Memorandum and Order to apprise the court of her current address, in the absence of which this matter will be dismissed without prejudice and without further notice. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: May 18, 2020—deadline for informing court of address.

　　　　DATED this 28th day of April, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge