IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA ANN SANCHEZ,<br><br>                      Plaintiff,<br><br>vs.<br><br>NEBRASKA STATE LOTTERY and IOWA STATE LOTTERY,<br><br>                      Defendants. | **8:20CV127**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. On April 28, 2020, the court ordered Plaintiff to apprise the court of her current address. (Filing 10.) The court cautioned Plaintiff that failure to update her address within 20 days would result in dismissal of her claims against Defendants without further notice. (*Id.*) Plaintiff has not responded to this court's Memorandum and Order and has not updated her address with the court.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants are dismissed without prejudice, and judgment shall be entered by separate document.

DATED this 27th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge